# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray,<br><br>    Plaintiffs,<br><br>    v.<br><br>J.P. Parking, Inc. dba Beach Girls,<br><br>    Defendant. | **Civil Action No. 4:22-cv-00146-SMR-SBJ**<br><br>**Chief District Judge Stephanie M. Rose**<br>**Magistrate Judge Stephen B. Jackson** |

## SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiffs Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray (collectively, "Plaintiffs"), by and through their undersigned attorneys, stipulate that pursuant to written agreement between counsel for Plaintiffs and attorney Matthew Hoffer, current non-Iowa counsel for Defendant J.P. Parking, Inc. dba Beach Girls ("Defendant"), Plaintiffs stipulate to an additional 21-day extension of time for Defendant to answer or otherwise respond to the Complaint and a co-extensive 21-day extension of time for Defendant to file a Disclosure Statement.

Pursuant to LR 7.1(j), Plaintiffs further state:

1. The existing deadline for Defendant to answer or otherwise respond to the Complaint is June 14, 2022 and the existing deadline for Defendant to file a disclosure statement is June 24, 2022;

2. The new response/answer deadline requested is July 5, 2022 and the new disclosure statement deadline requested is July 15, 2022;

3. Both deadlines have been continued or extended one time by 14 days; as good cause for this second request for extension of time by stipulation, Plaintiffs have been informed by Defendant's current counsel that Defendant's insurance coverage is still be determined and that extending Defendant's response deadlines to allow additional time for potential appointment of carrier selected counsel would conserve resources and allow for more efficient progression of this matter;

4. No other existing court-imposed deadlines are pending at this time;

5. No date has yet been set for a scheduled final pretrial conference and trial.

Dated: June 14, 2022                                   Respectfully submitted,

/s/ Edmund S. Aronowitz
Edmund S. Aronowitz
MI Bar No. P81474, *admitted pro hac vice*
Aronowitz Law Firm PLLC
220 S. Main St. Ste. 305
Royal Oak, Michigan 48067
Telephone: (248) 716-5421
Facsimile: (248) 419-1032
Email: edmund@aronowitzlawfirm.com
*Attorney for Plaintiffs*

Beatriz Mate-Kodjo AT0012331
BMK Law Firm, PLLC
1910 Washington St. Ste. 100
Pella, Iowa 50219
Telephone: (641) 450-1668
Facsimile: (641) 847-7698
Email: beatriz@mate-kodjo-law.com
*Attorney for Plaintiffs and LR(d)(4) Qualified Associate Counsel for attorney admitted pro hac vice*

**Certificate of Service**

    I hereby certify that on June 14, 2022, I filed the foregoing using the CM/ECF system which will provide notice to counsel for all parties of record and further certify that I served the foregoing by email on attorney Matthew Hoffer at matt@bradshaferlaw.com, counsel for Defendant, with consent.

                                             /s/ Edmund S. Aronowitz