IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BROOKE JOHNSON, DENISE TRLICA, JAIME MIDDLETON, JESSICA ROCKWELL, JOANNA KRUPA, LUCY PINDER, ROSIE WICKS, AND TIFFANY TOTH GRAY, | Case No. 4:22-cv-00146-SMR-SBJ |
| Plaintiffs, | **FIRST AMENDEDANSWER AND AFFIRMATIVE DEFENSES** |
| v. | |
| J.P. PARKING, INC. DBA BEACH GIRLS | |
| Defendant. | |

**FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

**COMES NOW,** Defendant J.P. Parking, Inc. DBA Beach Girls, by and though its attorneys, and hereby answers Plaintiffs' Complaint and Jury Demand ("Complaint") as follows:

**ANSWERS TO INTRODUCTION**

1.      As to the allegations contained in Paragraph 1 of the Complaint, the allegations contained in this numbered paragraph do not appear to call for a response from Defendant. To the extent that they do, Defendant affirmatively denies engaging in any conduct which was unlawful.

2.      As to the allegations contained in Paragraph 2 of the Complaint, Defendant denies it ran advertisements for its strip club on social media. A third-party marketing company Blue Frog Marketing ran advertisements for the strip club on social media.

3.      As to the allegations contained in Paragraph 3 of the Complaint, Defendant affirmatively states that none of the Plaintiffs were actually known to Defendant at any time

relevant to this action. As a result, Defendant cannot positively identify any of the Plaintiffs or respond affirmatively to any allegations pertaining to their specific identifications.

4.      As to the allegations contained in Paragraph 4 of the Complaint, Plaintiffs were not and are not actually known to Defendant. As a result, Defendant denies the allegations in Paragraph 4.

5.      Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 5 of the Complaint, and on that basis denies them.

6.      Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 6 of the Complaint, and on that basis denies them.

7.      As to the allegations contained in Paragraph 7 of the Complaint, Defendant admits that it has not paid Plaintiffs anything for using the alleged images of Plaintiffs. Defendant denies that Plaintiffs are entitled to same and Defendant is without knowledge as to whether Blue Frog Marketing paid the Plaintiffs.

8.      As to the allegations contained in Paragraph 8 of the Complaint, the allegations contained in this paragraph contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof. Additionally, Defendant affirmatively denies engaging in any conduct which could be actionable under The Lanham Act, Iowa common law, or under principles of equity.

## ANSWERS TO PARTIES

9.      Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 9 of the Complaint, and on that basis denies them.

10.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 10 of the Complaint, and on that basis denies them.

11.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 11 of the Complaint, and on that basis denies them.

12.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 12 of the Complaint, and on that basis denies them.

13.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 13 of the Complaint, and on that basis denies them.

14.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 14 of the Complaint, and on that basis denies them.

15.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 15 of the Complaint, and on that basis denies them.

16.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 16 of the Complaint, and on that basis denies them.

17.     As to the allegations contained in Paragraph 17 of the Complaint, Defendant admits that it owns Beach Girls, located at 6220 Raccoon River Drive, West Des Moines. Polk County, Iowa, 50266. Defendant denies the remaining allegations of Paragraph 17 of the Complaint.

18.     As to the allegations contained in Paragraph 18 of the Complaint, Defendant admits that Beach Girls is a "strip club."

19.     Defendant admits the allegations in Paragraph 19 of the Complaint.

20.     Defendant admits the allegations in Paragraph 20 of the Complaint.

21.     Defendant admits the allegations in Paragraph 21 of the Complaint.

22.     As to the allegations contained in Paragraph 22 of the Complaint, the allegations contained in this paragraph contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

## ANSWERS TO JURISIDICTION AND VENUE

23.     As to the allegations contained in Paragraph 23 of the Complaint, Defendant admits Plaintiffs' Complaint is pled under The Lanham Act. Defendant affirmatively denies engaging in any conduct which could be actionable under The Lanham Act. Defendant denies any remaining allegations contained in this numbered paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity of the same.

24.     As to the allegations contained in Paragraph 24 of the Complaint, Defendant admits that venue is proper in this Court. This numbered paragraph also contains legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this numbered paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity of the same.

## ANSWERS TO GENERAL ALLEGATIONS

25.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 25 of the Complaint, and on that basis denies them.

26.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 26 of the Complaint, and on that basis denies them.

27.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 27 of the Complaint, and on that basis denies them.

28.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 28 of the Complaint, and on that basis denies them.

29.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 29 of the Complaint, and on that basis denies them.

30.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 30 of the Complaint, and on that basis denies them.

31.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 31 of the Complaint, and on that basis denies them.

32.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 32 of the Complaint, and on that basis denies them.

33.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 33 of the Complaint, and on that basis denies them.

34.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 34 of the Complaint, and on that basis denies them.

35.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 35 of the Complaint, and on that basis denies them.

36.     As to the allegations in Paragraph 36 of the Complaint, Defendant admits its social media accounts market and advertise for the Club. Defendant denies the remaining allegations and characterizations contained in this numbered paragraph.

37.     As to the allegations contained in Paragraph 37 of the Complaint, the allegations contained in this paragraph contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

38.     As to the allegations contained in Paragraph 38 of the Complaint, Defendant admits that it owns a Facebook account, Twitter account, and Instagram account. Defendant denies the remaining allegations and characterizations contained in this numbered paragraph.

39.     As to the allegations contained in Paragraph 39 of the Complaint, Defendant admits that the Club has a webpage. Defendant denies the remaining allegations and characterizations contained in this numbered paragraph.

40.     As to the allegations contained in Paragraph 40 of the Complaint, Defendant denies the allegations in this numbered paragraph.

41.     As to the allegations contained in Paragraph 41 of the Complaint, the allegations contained in this paragraph contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

42.     As to the allegations contained in Paragraph 42 of the Complaint, the allegations contained in this paragraph contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

43.     As to the allegations contained in Paragraph 43 of the Complaint, Defendant denies the allegations of this numbered paragraph.

44.     As to the allegations contained in Paragraph 44 of the Complaint, the allegations contained in this paragraph contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

45.     As to the allegations contained in Paragraph 45 of the Complaint, Defendant denies the allegations in this numbered paragraph.

46.     As to the allegations contained in Paragraph 46 of the Complaint, the information contained in the referenced websites speak for themselves. Defendant cannot positively identify any of the Plaintiffs by name or likeness, and as a result, Defendant denies any remaining allegations contained in this numbered paragraph.

47.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 47 of the Complaint, and on that basis denies them.

48.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 48 of the Complaint, and on that basis denies them.

49.     As to the allegations contained in Paragraph 49 of the Complaint, Defendant denies the allegations of this numbered paragraph.

50.     As to the allegations contained in Paragraph 50 of the Complaint, Defendant denies the allegations of this numbered paragraph.

51.     As to the allegations contained in Paragraph 51 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

52.     As to the allegations contained in Paragraph 52 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

53.     As to the allegations contained in Paragraph 53 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

54.     As to the allegations contained in Paragraph 54 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

55.     As to the allegations contained in Paragraph 55 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

56.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 56 of the Complaint, and on that basis denies them.

57.     Defendant admits the allegations in paragraph 57 of the Complaint.

58.     Defendant admits the allegations in paragraph 58 of the Complaint.

59.     Defendant admits the allegations in paragraph 59 of the Complaint.

60.     Defendant admits the allegations in paragraph 60 of the Complaint.

61.     Defendant denies the allegations in paragraph 61 of the Complaint.

62.     As to the allegations contained in Paragraph 62 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

63.     As to the allegations contained in Paragraph 63 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

64.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 64 of the Complaint, and on that basis denies them.

65.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 65 of the Complaint, and on that basis denies them.

66.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 66 of the Complaint, and on that basis denies them.

## ANSWERS TO CLAIMS FOR RELIEF

67.     As to the allegations contained in Paragraph 67 of the Complaint, Defendant incorporates its answers to previous paragraphs above as if fully set forth herein.

68.     As to the allegations contained in Paragraph 68 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

69.     As to the allegations contained in Paragraph 69 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

70.     As to the allegations contained in Paragraph 70 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any

remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

71.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 71 of the Complaint, and on that basis denies them.

72.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 72 of the Complaint, and on that basis denies them.

73.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 73 of the Complaint, and on that basis denies them.

74.     As to the allegations contained in Paragraph 74 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

75.     As to the allegations contained in Paragraph 75 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

76.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 76 of the Complaint, and on that basis denies them.

77.     As to the allegations contained in Paragraph 77 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

78.     As to the allegations contained in Paragraph 78 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

79.     As to the allegations contained in Paragraph 79 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

80.     As to the allegations contained in Paragraph 80 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

81.     As to the allegations contained in Paragraph 81 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

82.     As to the allegations contained in Paragraph 82 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

83.     Defendant admits the allegations in Paragraph 83 of the Complaint.

84.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 84 of the Complaint, and on that basis denies them.

85.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 85 of the Complaint, and on that basis denies them.

86.     As to the allegations contained in Paragraph 86 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

87.     As to the allegations contained in Paragraph 87 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

88.     As to the allegations contained in Paragraph 88 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

89.     As to the allegations contained in Paragraph 89 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

90.     As to the allegations contained in Paragraph 90 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

91.     As to the allegations contained in Paragraph 91 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

92.     As to the allegations contained in Paragraph 92 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

93.     As to the allegations contained in Paragraph 93 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

94.     As to the allegations contained in Paragraph 94 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

95.     As to the allegations contained in Paragraph 95 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

96.     As to the allegations contained in Paragraph 96 of the Complaint, Defendant incorporates its answers to previous paragraphs as if fully set forth herein.

97.     As to the allegations contained in Paragraph 97 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

98.     As to the allegations contained in Paragraph 98 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

99.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 99 of the Complaint, and on that basis denies them.

100.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 100 of the Complaint, and on that basis denies them.

101.     As to the allegations contained in Paragraph 101 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

102.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 102 of the Complaint, and on that basis denies them.

103.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 103 of the Complaint, and on that basis denies them.

104.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 104 of the Complaint, and on that basis denies them.

105.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 105 of the Complaint, and on that basis denies them.

106.    As to the allegations contained in Paragraph 106 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

107.    As to the allegations contained in Paragraph 107 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

108.    As to the allegations contained in Paragraph 108 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

109.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 109 of the Complaint, and on that basis denies them.

110.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 110 of the Complaint, and on that basis denies them.

111.    As to the allegations contained in Paragraph 111 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

112.     As to the allegations contained in Paragraph 112 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

113.     As to the allegations contained in Paragraph 113 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

114.     As to the allegations contained in Paragraph 114 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

115.     As to the allegations contained in Paragraph 115 of the Complaint, Defendant incorporates its answers to previous paragraphs above as if fully set forth herein.

116.     As to the allegations contained in Paragraph 116 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

117.     As to the allegations contained in Paragraph 117 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

118.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 118 of the Complaint, and on that basis denies them.

119.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 119 of the Complaint, and on that basis denies them.

120.    As to the allegations contained in Paragraph 120 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

121.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 121 of the Complaint, and on that basis denies them

122.    As to the allegations contained in Paragraph 122 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

123.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 123 of the Complaint, and on that basis denies them.

124.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 124 of the Complaint, and on that basis denies them.

125.    As to the allegations contained in Paragraph 125 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

126.    As to the allegations contained in Paragraph 126 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

127.    As to the allegations contained in Paragraph 127 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

128.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 128 of the Complaint, and on that basis denies them.

129.    As to the allegations contained in Paragraph 129 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

130.    As to the allegations contained in Paragraph 130 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

131.    As to the allegations contained in Paragraph 131 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

132.     As to the allegations contained in Paragraph 132 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

133.     As to the allegations contained in Paragraph 133 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

134.     As to the allegations contained in Paragraph 134 of the Complaint, Defendant incorporates its answers to previous paragraphs above as if fully set forth herein.

135.     As to the allegations contained in Paragraph 135 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

136.     As to the allegations contained in Paragraph 136 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

137.     As to the allegations contained in Paragraph 137 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

138.    As to the allegations contained in Paragraph 138 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

139.    As to the allegations contained in Paragraph 139 of the Complaint, Defendant incorporates its answers to previous paragraphs above as if fully set forth herein.

140.    As to the allegations contained in Paragraph 140 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

141.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 141 of the Complaint, and on that basis denies them.

142.    As to the allegations contained in Paragraph 142 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

143.    As to the allegations contained in Paragraph 143 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

144.    As to the allegations contained in Paragraph 144 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any

remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

145.     As to the allegations contained in Paragraph 145 of the Complaint, Defendant incorporates its answers to previous paragraphs above as if fully set forth herein.

146.     As to the allegations contained in Paragraph 146 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

147.     As to the allegations contained in Paragraph 147 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

148.     As to the allegations contained in Paragraph 148 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

149.     As to the allegations contained in Paragraph 149 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

150.     As to the allegations contained in Paragraph 150 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any

remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

151.     As to the allegations contained in Paragraph 151 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

152.     As to the allegations contained in Paragraph 152 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

153.     As to the allegations contained in Paragraph 153 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

154.     As to the allegations contained in Paragraph 154 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

155.     As to the allegations contained in Paragraph 155 of the Complaint, Defendant incorporates its answers to previous paragraphs above as if fully set forth herein.

156.     As to the allegations contained in Paragraph 156 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any

remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

157.    As to the allegations contained in Paragraph 157 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

158.    As to the allegations contained in Paragraph 158 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

159.    As to the allegations contained in Paragraph 159 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

160.    As to the allegations contained in Paragraph 160 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

161.    As to the allegations contained in Paragraph 161 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

162.    As to the allegations contained in Paragraph 162 of the Complaint, Defendant incorporates its answers to previous paragraphs above as if fully set forth herein.

163.    As to the allegations contained in Paragraph 163 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

164.    As to the allegations contained in Paragraph 164 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

165.    As to the allegations contained in Paragraph 165 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

166.    As to the allegations contained in Paragraph 166 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

167.    As to the allegations contained in Paragraph 167 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

168.     As to the allegations contained in Paragraph 168 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

169.     As to the allegations contained in Paragraph 169 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

170.     As to the allegations contained in Paragraph 170 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

171.     As to the allegations contained in Paragraph 171 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

172.     As to the allegations contained in Paragraph 172 of the Complaint, the allegations contain legal conclusions to which no response is required of Defendant. Defendant denies any remaining allegations contained in this paragraph, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

173.     Any remaining allegations contained in the Complaint, including in the "Demand for Relief," not specifically addressed above or herein, are denied, either affirmatively or for lack of information sufficient to form a belief as to the truth or falsity thereof.

## **AFFIRMATIVE DEFENSES**

1.      Plaintiff's Complaint fails to assert a claim for which relief can be granted. Defendant denies that any of its conduct is actionable under The Lanham Act and denies that Plaintiffs were actually damaged by any conduct of Defendant.

2.      To the extent that any of Plaintiffs' claimed damages are the result of their own negligence or fault, including the assumption of known risk, Plaintiffs' rights of recovery, if any, may be barred or diminished.

3.      Plaintiffs may have failed to mitigate their damages as required by law by at the very least failing to timely notify Defendant of the alleged objectionable conduct, and Plaintiffs' rights of recovery, if any, may be barred or reduced by any failure to mitigate.

4.      Defendant asserts the Doctrine of Fair Use, Nominative Fair Use, and/or Descriptive Use.

5.      Defendant asserts the affirmative defense of innocent infringement.

6.      Defendant denies that it ran or had control over the advertisements for its strip club on social media that are the subject of this lawsuit, or otherwise engaged in the conduct that is alleged in the Complaint. A third-party marketing company Blue Frog Marketing ran the advertisements for the strip club on Defendant's social media accounts and Defendant had no control over these postings. Defendant paid for these marketing services with the belief they were valid and legal services provided by Blue Frog Marketing.

Defendant reserves the right to assert additional defenses should the facts or circumstances so dictate during the course of the litigation.

## **JURY DEMAND**

Defendant demands a trial by jury on all issues so triable to a jury.

WHEREFORE, having fully answered Plaintiffs' Complaint, Defendant prays for dismissal of same, for its costs and expenses expended in the defense hereof, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Holly M. Logan*
Holly M. Logan, AT0004710
HANIGAN & LOGAN, LLP
500 East Court Avenue, Suite 130
Des Moines, Iowa 50309
Telephone: (515) 705-4192
Email: hollylogan@haniganlogan.com

*/s/ Maggie L. Ebert*
Todd C. Kinney, #21960
Maggie L. Ebert, #24394
KUTAK ROCK LLP
The Omaha Building
1650 Farnam St.
Omaha, NE 68102
Phone: (402) 346-6000
Email: todd.kinney@kutakrock.com
Email: maggie.ebert@kutakrock.com

**ATTORNEYS FOR DEFENDANT J.P. PARKING, INC. DBA BEACH GIRLS**

**CERTIFICATE OF SERVICE**

I hereby certify that on 9/19/2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Holly M. Logan*
Holly M. Logan