IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. Parking, Inc. dba Beach Girls,<br><br>Defendant. | **Civil Action No. 4:22-cv-00146-SMR-HCA**<br><br>**Chief District Judge Stephanie M. Rose**<br>**Magistrate Judge Helen C. Adams**<br><br>**JOINT MOTION TO EXTEND DEADLINES** |

## JOINT MOTION TO EXTEND DEADLINES

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.j, Plaintiffs Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray ("Plaintiffs"), and Defendant J.P. Parking, Inc. dba Beach Girls ("Defendant"), jointly move to extend deadlines set forth in the Court's July 18, 2022 Scheduling and Trial Setting Order (ECF Doc. 19) to allow the parties additional time to continue settlement negotiations and conduct expert discovery in an orderly and cost efficient manner.

The Parties further state:

1. The existing deadlines sought to be continued or extended are:

    a. Motions to add parties / amend pleadings by September 19, 2022.

    b. Plaintiffs' expert witness designation and disclosures by January 18, 2023.

    c. Defendant's expert witness designation and disclosures by March 20, 2023.

    d. Plaintiffs' rebuttal expert witness designation and disclosures by April 24, 2023.

    e. Discovery completed by May 24, 2023.

    f. Dispositive motions filed by June 26, 2023.

    g. Final pretrial conference on November 9, 2023.

    h. Trial on December 4, 2023.

2. The new deadlines requested are:

    a. Motions to add parties / amend pleadings by January 19, 2023.

    b. Plaintiffs' expert witness designation and disclosures by April 18, 2023.

    c. Defendant's expert witness designation and disclosures by June 20, 2023.

    d. Plaintiffs' rebuttal expert witness designation and disclosures by July 24, 2023.

    e. Discovery completed by August 24, 2023.

    f. Dispositive motions filed by September 26, 2023.

    g. Final pretrial conference on or after February 9, 2024.

    h. Trial on or after March 4, 2024.

3. The scheduled deadlines have not been continued or extended previously and the original deadlines are those set forth in paragraph 1 above.

4. There are no other existing court imposed deadlines other than the deadlines for submission of a proposed pretrial order and other filings 3 days before the date of the final pretrial conference and the submission of evidentiary / motions in limine 21 days before the final pretrial conference as set forth in the Court's Order regarding Final Pretrial Conference Requirements (ECF Doc. 20).

5. The date of the scheduled final pretrial conference currently is November 9, 2023, at 10:00 a.m. and the date of trial currently is December 4, 2023, at 9:00 a.m.

Dated: December 30, 2022

Respectfully submitted,

/s/ Edmund S. Aronowitz
Edmund S. Aronowitz, MI Bar No. P81474 (*pro hac vice*)
Aronowitz Law Firm PLLC
220 S. Main St. Ste. 305
Royal Oak, Michigan 48067
Telephone: (248) 716-5421
Facsimile: (248) 419-1032
Email: edmund@aronowitzlawfirm.com

Beatriz Mate-Kodjo AT0012331
BMK Law Firm, PLLC
1910 Washington St. Ste. 100
Pella, Iowa 50219
Telephone: (641) 450-1668
Facsimile: (641) 847-7698
Email: beatriz@mate-kodjo-law.com

*Attorney for Plaintiffs Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray*

Dated: December 30, 2022

Respectfully submitted,

s/ Maggie L. Ebert (with permission)
Todd C. Kinney, #21960 (*pro hac vice*)
Maggie L. Ebert, #24393 (*pro hac vice*)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam St.
Omaha, Nebraska 68102
Phone: (402) 346-6000
Email: todd.kinney@kutakrock.com
Email: maggie.ebert@kutackrock.com

Holly M. Logan, AT0004710
HANIGAN & LOGAN, LLP
500 East Court Avenue, Suite 130
Des Moines, Iowa 50309
Telephone: (515) 705-4192
Email: hollylogan@haniganlogan.com

*Attorneys for Defendant J.P. Parking, Inc. dba Beach Girls*

**Certificate of Service**

I hereby certify that on December 30, 2022, I filed the foregoing using the CM/ECF system which will provide notice to counsel for all parties of record.

/s/ Edmund S. Aronowitz