UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| BROOKE JOHNSON, DENISE TRLICA, JAMIE MIDDLETON, JESSICA ROCKWELL, JOANNA KRUPA, LUCY PINDER, ROSIE WICKS, and TIFFANY TOTH GRAY,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. PARKING, INC.,<br><br>Defendant. | 4:22-CV-00146-SMR-HCA<br><br>ORDER SETTING ADDITIONAL STATUS CONFERENCES |

The Court will conduct status conferences by telephone for this case pursuant to the following schedule:

        March 9, 2023        at 10:30 a.m.
        April 26, 2023       at 10:30 a.m.
        June 28, 2023        at 10:30 a.m.
        August 25, 2023     at 10:30 a.m.

To join the telephonic status conferences, counsel shall call the court's conference line at **1-877-336-1829** and enter access code **1176783** at the prompt to join the call.

The parties shall **file** in the docket a list of any proposed matters to be discussed during the upcoming status conference **no less than 48 hours prior to the status conference**. The list may be submitted jointly or separately by each party. If any party anticipates that the status conference will take longer than 30 minutes and/or would like a court reporter for the status conference, this should also be indicated in the same filing.

If the parties believe that there are no matters to be discussed at the upcoming status conference, this should also be indicated in a **filing no less than 48 hours prior to the status**

**conference**. The parties should directly address whether they are on track to meet the deadlines set by the Court's Scheduling Order and Discovery Plan. If the parties are not on track to meet the deadlines set by the Court's Scheduling Order and Discovery Plan (regardless of any informal deadline extensions agreed on by the parties), the parties should so state and explain why. Based on this information, the Court will determine whether to cancel the status conference.

If any party believes that it would be beneficial to hold an additional status conference that is not set by the above schedule, that party shall indicate that they desire an additional status conference and explain why in a **filing** in the docket.  That party shall also indicate whether they anticipate the status conference will take longer than 30 minutes and whether they would like a court reporter to be present.

IT IS SO ORDERED.

DATED January 25, 2023.

_Helen C. Adams_
Helen C. Adams
Chief U.S. Magistrate Judge