**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. Parking, Inc. dba Beach Girls,<br><br>Defendant. | **Civil Action No. 4:22-cv-00146-SMR-HCA**<br><br>**Chief District Judge Stephanie M. Rose**<br>**Magistrate Judge Helen C. Adams**<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's January 25, 2023 Order Setting Additional Status Conferences (ECF Dkt. No. 32), setting a telephonic status conference for this case on August 25, 2023 at 10:30 a.m., Plaintiffs Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray and Defendant J.P. Parking dba Beach Girls (collectively, the "Parties") state as follows:

1. The Parties resolved their dispute related to paragraph 4 of their last status report by agreement finalized on July 12, 2023.

2. Defendant served a third set of requests for production of documents to seven of the eight Plaintiffs on August 1, 2023 and a second set of interrogatories to all eight Plaintiffs on August 10, 2023.

3. The Parties remain on track to meet the deadlines set forth in the Court's Scheduling Order and Discovery Plan as amended.

4. The Parties continue to discuss settlement possibilities and would discuss same with the Court at the scheduled status conference.

5. The parties do not anticipate any status conference taking longer than 30 minutes and do not request a court reporter to be present.

Dated: August 23, 2023

Respectfully submitted,

/s/ Edmund S. Aronowitz
Edmund S. Aronowitz, MI Bar No. P81474 (*pro hac vice*)
Aronowitz Law Firm PLLC
220 S. Main St. Ste. 305
Royal Oak, Michigan 48067
Telephone: (248) 716-5421
Facsimile: (248) 419-1032
Email: edmund@aronowitzlawfirm.com

Beatriz Mate-Kodjo AT0012331
BMK Law Firm, PLLC
1910 Washington St. Ste. 100
Pella, Iowa 50219
Telephone: (641) 450-1668
Facsimile: (641) 847-7698
Email: beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray*

J.P. PARKING, INC. DBA BEACH GIRLS
/s/ Maggie L. Ebert (with permission)
Todd C Kinney, #21960
Maggie L. Ebert, #24394
KUTAK ROCK LLP
The Omaha Building
1650 Farnam St.
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148
todd.kirmey@kutakrock.com
maggie.ebert@kutakrock.com

Holly M. Piper, AT0004710
Piper Law Firm
1001 Office Park Road, Suite 108
West Des Moines, Iowa 50265

Phone: 515-205-9017
E-mail: piperlawco@gmail.com

*Attorneys for J.P. Parking, Inc. dba Beach Girls*

**Certificate of Service**

    I hereby certify that on August 23, 2023, I filed the foregoing using the CM/ECF system which will provide notice to counsel for all parties of record.

                                                 /s/ Edmund S. Aronowitz