IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| BROOKE JOHNSON et al., <br><br> Plaintiffs, <br><br> vs. <br><br> J.P. PARKING, INC. d/b/a BEACH GIRLS, <br><br> Defendant. | CASE NO. 4:22-CV-00146-SMR-HCA <br><br> ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |

A settlement agreement was reached on April 16, 2024, which will result in a stipulated dismissal of all issues. Accordingly, all deadlines and hearings are canceled.

Closing documents and stipulated dismissal shall be filed by June 17, 2024. If no closing documents are filed, pursuant to Local Rule 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

DATED April 17, 2024.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE