IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. Parking, Inc. dba Beach Girls,<br><br>Defendant. | **Civil Action No. 4:22-cv-00146-SMR-HCA**<br><br>**Chief District Judge Stephanie M. Rose**<br>**Magistrate Judge Helen C. Adams**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray and Defendant J.P. Parking dba Beach Girls hereby stipulate to the dismissal of this entire action, with prejudice, and without costs or attorneys' fees to any party.

Dated: May 14, 2024

Respectfully submitted,

/s/ Edmund S. Aronowitz
Edmund S. Aronowitz, MI Bar No. P81474 (*pro hac vice*)
Aronowitz Law Firm PLLC
220 S. Main St. Ste. 305
Royal Oak, Michigan 48067
Telephone: (248) 716-5421
Facsimile: (248) 419-1032
Email: edmund@aronowitzlawfirm.com

Beatriz Mate-Kodjo AT0012331
BMK Law Firm, PLLC
1910 Washington St. Ste. 100
Pella, Iowa 50219
Telephone: (641) 450-1668

1

Facsimile: (641) 847-7698
Email: beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs Brooke Johnson, Denise Trlica, Jamie Middleton, Jessica Rockwell, Joanna Krupa, Lucy Pinder, Rosie Wicks, and Tiffany Toth Gray*

J.P. PARKING, INC. DBA BEACH GIRLS
/s/ Todd C. Kinney (with permission)
Todd C Kinney, #21960 (*pro hac vice*)
Maggie L. Ebert, #24394 (*pro hac vice*)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam St.
Omaha, Nebraska 68102
Phone: (402) 346-6000
Fax: (402) 346-1148
Email: todd.kinney@kutakrock.com
Email: maggie.ebert@kutakrock.com

Holly M. Piper, AT0004710
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Phone: 515-288-0145
E-mail: hpiper@finleylaw.com

*Attorneys for J.P. Parking, Inc. dba Beach Girls*

**Certificate of Service**

I hereby certify that on May 14, 2024, I filed the foregoing using the CM/ECF system which will provide notice to counsel for all parties of record.

/s/ Edmund S. Aronowitz